IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVAUGHN ROBINSON,** | 2:22-cv-1641 KJN P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | Judge:   Hon. Kendall J. Newman<br>Trial Date:   Not Set.<br>Action Filed:   September 8, 2022 |
| **SCOTTINI,** | |
| Defendant. | |

Having reviewed defendant's motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the post-screening ADR project (ECF No. 23) is granted;

2. The ADR stay of this action is lifted; and

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

Dated:  May 22, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE