1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Javaughn K. Robinson,                        No.  2:22-cv-01641 KJM KJN P

12                    Plaintiff,

13         v.                                       ORDER

14    Scottini,

15                    Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 21, 2023, the magistrate judge filed findings and recommendations, which

21    were served on all parties, and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Neither party filed

23    objections to the findings and recommendations.

24         The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 21, 2023 (ECF No. 43), are adopted in full;

2.  Plaintiff's motion for summary judgment (ECF No. 32) is denied; and

3.  This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  February 28, 2024.

CHIEF UNITED STATES DISTRICT JUDGE