UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN ROBINSON, | No. 2:22-cv-1641 DC CSK P |
| Plaintiff, | |
| v. | ORDER |
| SCOTTINI, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff's motion for attendance of witness Durrell Puckett, who is also a state prisoner, is before the Court.  (ECF No. 51.)  Defendant did not file an opposition to the motion and did not oppose the motion in his pretrial statement.  Review of the motion demonstrates that Mr. Puckett has relevant testimony to offer.  Durrell Puckett, #G-05549, is currently housed at California State Prison, Corcoran, P.O. Box 3476, Corcoran, CA  93212.  Plaintiff's motion for the attendance of Durrell Puckett is granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the attendance of witness Durrell Puckett (ECF No. 51) is granted.

Dated:  January 16, 2025

/1/robi1641.witn

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE